IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

UNITED STATES OF AMERICA,

v.   Criminal Case No. 3:25cr88

MARIO PEREZ GARFIAS,

Defendant.

### ORDER ADOPTING REPORT AND RECOMMENDATIONS

This matter comes before the Court for consideration of a Report and Recommendation (the "R&R") issued by the Honorable Mark R. Colombell, United States Magistrate Judge. (ECF No. 23.) On September 18, 2025, Defendant Mario Perez Garfias pled guilty to County One of the Indictment before the Magistrate Judge. (ECF No. 19.) The Magistrate Judge issued the R&R, accepting Mr. Perez Garfias' guilty plea and recommending that the Court adopt the R&R.

It appearing that the Magistrate Judge made full inquiry and findings pursuant to Federal Rule of Criminal Procedure 11; that the Defendant was given notice of the right to file specific objections to the report and recommendation that has been submitted as a result of the proceeding; and it further appearing that no objection has been asserted within the prescribed time period, it is hereby ORDERED that the R&R is ADOPTED, (ECF No. 23), and Mr. Perez Garfias is found guilty of Count ONE of the Indictment. (ECF No. 4.)

It is SO ORDERED.

Date: 10/06/25
Richmond, Virginia

/s/
M. Hannah Lauck
United States District Judge